**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MOORE, #02574105, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-136-JDK-JDL |
| | § | |
| EAST TEXAS TREATMENT FACILITY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Matthew D. Moore, a prisoner of the Texas Department of Criminal Justice, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 about alleged violations of his constitutional rights in prison. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition of the action.

On June 30, 2026, the Magistrate Judge ordered service upon and a response from Defendants Rodriguez, James, and Fuller on the claims against them. Docket No. 10. On that same day, the Magistrate Judge submitted a Report and Recommendation that Defendants East Texas Treatment Facility, Hudson, Canul, and Townsend be dismissed as Defendants to this action pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2). Docket No. 11. The Magistrate Judge further recommended that any other defendants not named in Plaintiff's amended complaint be deemed voluntarily dismissed. A copy of this Report was mailed to Plaintiff, who did not file written objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 11) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's claims against Defendants ETTF, Hudson, Canul, and Townsend are **DISMISSED** with prejudice for failure to state a claim against them pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2). The Clerk shall also terminate Defendant FNU Scmitd as voluntarily dismissed from this lawsuit.

**So ordered and signed on this**
**Aug 6, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE